UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY RIVAS, | ) | NO. LA CV 19-09467-VBF (GJS) |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STU SHERMAN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Dkt. 1], Respondent's Motion to Dismiss the Petition and related lodgments [Dkts. 19-20, "Motion"] and Petitioner's Opposition [Dkt. 26], all other pertinent documents filed in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 28, "Report"]. The time for filing Objections to the Report has passed and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED, in part, and DENIED, in part, as set forth in the Report; (2) Ground Six of the Petition is unexhausted, and thus, the Petition is "mixed"; (3) within 30 days of this Order, Petitioner must elect one of the four options set forth in the Report at pages 9-11; and (4) if Petitioner does not timely elect one of his four available options in light of the Petition's

"mixed" status, he will be deemed to have elected Option One, and this action will be dismissed without prejudice.

  **IT IS SO ORDERED.**

Date: September 30, 2020

*Valerie Baker Fairbank*

---

  VALERIE BAKER FAIRBANK
  UNITED STATES DISTRICT JUDGE